UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

ALICE TROYER,
    Plaintiff,

    v.

UNITED STATES OF AMERICA,
    Defendant.

No. C 12-0129 PJH

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: October 30, 2012
Mediator: Bruce Winkelman

    IT IS HEREBY ORDERED that the request to excuse defendant United States of America's representative from appearing in person at the October 30, 2012, mediation before Bruce Winkelmanis GRANTED. The representative shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

October 23, 2012        By: _____
Dated
                                       Elizabeth D. Laporte
                                  United States Magistrate Judge