1  JAMES ANTHONY ZITO (CSBN 96272)
   Law Offices of James A. Zito
2  611 L Street
   Eureka, California 95501
3  Telephone: (707) 269-0743
   FAX: (707) 269-0220
4  loyerman02@aol.com

5  Attorney for Plaintiff
   Alice Troyer
6

7  MELINDA HAAG (CSBN 132612)
   United States Attorney
8  ALEX G. TSE (CSBN152348)
   Chief, Civil Division
9  ANN MARIE REDING (CSBN 226864)
   Assistant United States Attorney
10
       450 Golden Gate Avenue, Box 36055
11     San Francisco, California 94102-3495
       Telephone: (415) 436-6813
12     FAX: (415) 436-6748
       annie.reding@usdoj.gov
13
   Attorneys for Defendant
14 United States of America

15
                    UNITED STATES DISTRICT COURT
16
                    NORTHERN DISTRICT OF CALIFORNIA
17
                           OAKLAND DIVISION
18

19 ALICE TROYER,                        )   Case No.  C 12-0129 PJH
                                        )
20         Plaintiff,                   )   STIPULATION AND [PROPOSED]
                                        )   ORDER OF DISMISSAL WITH
21     v.                               )   PREJUDICE
                                        )
22                                      )
   UNITED STATES OF AMERICA; and        )
23 DOES 1 through 24, inclusive,        )
                                        )
24         Defendant.                   )

25 ─────────────────────────────────────

26

27

28

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
Case No. 12-0129 PJH

THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff ALICE TROYER ("Plaintiff") and the UNITED STATES OF AMERICA hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein. Each party will bear its own costs and attorneys' fees.

DATED: October 29, 2012

Respectfully submitted,

JAMES A. ZITO
Attorney for Plaintiff

DATED: ~~October 29, 2012~~ January 2, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

ANN MARIE REDING
Assistant United States Attorney

## [~~PROPOSED~~] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

Dated: 1/10/13

HON. PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
Case No. 12-0129 PJH                    2